**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ELIZABETH MILLER**                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:24-cv-00335 KGB**

**DEPARTMENT OF HUMAN SERVICES**                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that Miller's complaint is dismissed consistent with the terms of the Court's Order. The relief requested is denied.

It is so adjudged this 31st day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge